ACCEPTED
15-25-00181-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/23/2025 1:18 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00181-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/23/2025 1:18:47 PM
CHRISTOPHER A. PRINE
Clerk

# In the Fifteenth Court of Appeals
# Austin, Texas

**Medhat S.F. Michael, M.D.,**

Appellant

v.

**Texas Medical Board,**

Appellee

---

Appeal from 201st Judicial District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-17-002146
Hon. Amy Clark Meachum, Judge Presiding

---

## THIRD MOTION FOR EXTENSION
## OF TIME TO FILE APPELLANT'S BRIEF

---

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellant Medhat S.F. Michael, M.D. requests a thirty-day extension of time for filing his brief.

1. The record was filed on September 25, 2025. Appellant's brief is due December 29, 2025. This is Appellant's third request for an extension of time to file his brief.

2.     The undersigned counsel was not involved in the underlying proceedings. Counsel needs sufficient time to review the appellate and administrative records and prepare a brief that will help the Court resolve this appeal.

3.     The demands of other cases and conflicting deadlines also support the requested extension. These include:

- initiating appeals to the United States Court of Appeals for the Fifth Circuit from a turnover order and the denial of a motion to dissolve a writ of execution on a homestead, preparing emergency motions to stay these orders pending appeal, and initiating an appeal from the final judgment in No. 4:22-CV-03731 in the United States District Court for the Southern District of Texas, Houston Division; *Fifth Third Bank, National Association v. Saad Alsaab, et al.* (case settled on December 22, 2025);

- preparing a mandamus petition in the Supreme Court of Texas for No. 03-25-00057-CV in the Third Court of Appeals; *In re Stallion Texas Real Estate Fund, LLC, Austerra Texas Real Estate Fund, LLC, and Austerra Stable Income Fund, LP*;

- responding to a mandamus petition in No. 03-25-00974-CV in the Third Court of Appeals; *In re St. David's Healthcare Partnership, L.P., LLP d/b/a St. David's North Austin Medical Center* (case settled on December 18, 2025);

- preparing a reply in support of a petition for review in No. 25-0662 in the Supreme Court of Texas; *Todd Heath v. Sunset Cliff Estates Road and Gate Maintenance, Inc.*;

2

- preparing appellant's reply brief in No. 03-25-00223-CV in the Third Court of Appeals; *Kyle Grey Tillman, III v. Theresa Cox*;

- preparing appellant's brief in No. 08-25-00270-CV in the Eighth Court of Appeals; *Stallion Texas Real Estate Fund, LLC; Stallion Texas Real Estate Fund II – REIT, LLC; and Austerra Stable Income Fund, LP v. NEU Module Estates, LLC, Individually, and Derivatively on Behalf of NEU Development Fund, LLC; and NEU Community Creekside, LLC*;

- preparing appellant's brief in No. 03-25-00566-CV in the Third Court of Appeals; *William D. Shea v. Susan Chambers, as Executor of The Estate of Marilyn Crawford*;

- preparing appellant's reply brief in No. 03-25-00043-CV in the Third Court of Appeals; *William Murphy a/k/a Billy Murphy v. Daniel Cloyd Fusselman, Personally and as the Representative of the Estate of T. W. Fusselman, Deceased*;

- preparing appellant's brief in No. 01-25-00278-CV in the First Court of Appeals; *Noble Capital Servicing, LLC v. House Mosaic Holdings, LLC*;

- handling pretrial issues, preparing for and attending a December 22, 2025 pretrial hearing, and preparing for a January 12, 2026 jury trial in Cause No. 25-BC08B-0001 in the Business Court of Texas, Eighth Division; *CRS Mechanical Inc., CRS Mechanical of Nebraska, Inc.; and Chris Allensworth v. Norfolk Cold Storage, LLC f/k/a TVG Capital Holdings, LLC; and Jon Tryggestad*; and

- handling pretrial issues and preparing for a January 26, 2026 jury trial in Cause No. D-1-GN-24-003215 in the 455th Judicial District Court of Travis County, Texas; *Levi Bernard and Nadia Bernard, Individually and as Next Friends of R.B. and S.B., Minor Children v. St. David's Healthcare Partnership, L.P., LLP d/b/a St. David's North Austin Medical Center* (case settled on December 18, 2025).

4.	Finally, the undersigned counsel's workload has been extremely heavy over the past few months, and he would like to take some time away to be with his family over the holiday season.

## CONCLUSION AND PRAYER

Appellant asks the Court to grant this motion and extend the deadline for filing appellant's brief to January 28, 2026.

Respectfully submitted,

By:	*/s/ D. Todd Smith*
D. Todd Smith
State Bar No. 00797451
todd@texappcounsel.com

TEXAS APPELLATE COUNSEL PLLC
P.O. Box 160157
Austin, Texas 78716
737.313.8556

*Counsel for Appellant*
*Medhat S.F. Michael, M.D.*

## CERTIFICATE OF CONFERENCE

On December 23, 2025, I attempted to confer with counsel for Appellee, Ted Ross, about this motion. I received an email autoreply from Mr. Ross informing me he will be out of the office and unavailable until January 5, 2026. Therefore, although Appellee did not oppose the

previous extensions, I cannot confirm whether Appellee's position is the same on this motion.

/s/ D. Todd Smith

D. Todd Smith

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Robbie Burnett on behalf of D. Todd Smith
Bar No. 797451
robbie@texappcounsel.com
Envelope ID: 109415602
Filing Code Description: Motion
Filing Description: Third Motion for Extension of Time to File Appellant's Brief
Status as of 12/23/2025 1:21 PM CST

Associated Case Party: Texas Medical Board

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ted Ross | | ted.ross@oag.texas.gov | 12/23/2025 1:18:47 PM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 12/23/2025 1:18:47 PM | SENT |

Associated Case Party: Medhat S.F.Michael

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeff Henry | | jeff.henry@sprouselaw.com | 12/23/2025 1:18:47 PM | SENT |
| Angela Michael | | angelajonesmichael@yahoo.com | 12/23/2025 1:18:47 PM | SENT |
| D. Todd Smith | | todd@texappcounsel.com | 12/23/2025 1:18:47 PM | SENT |
| Robbie Burnett | | robbie@texappcounsel.com | 12/23/2025 1:18:47 PM | SENT |